UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEFFERY ANDREW KELLY                                                                    PLAINTIFF
ADC #148842

V.                            No. 2:19CV00002-JM-JTR

JEREMY ANDREWS, Warden,
East Arkansas Regional Unit, ADC, *et al*.                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects. Defendants' Motion for Partial Summary Judgment (Doc. 27) is GRANTED, and Mr. Kelly's claims against Sgt. Myron Bell are DISMISSED, WITHOUT PREJUDICE.

Dated this 11th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE