**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

JEFFERY ANDREW KELLY                                          PLAINTIFF
ADC #148842

V.                              No. 2:19CV00002-JM

JEREMY ANDREWS, Warden,
East Arkansas Regional Unit, ADC, *et al.*                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without

prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 25th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE